UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**RICHARD BAYS**

        Case No. 3:08-cv-076

      **Petitioner,**

        Judge Thomas M. Rose

**-v-**        Magistrate Judge Michael R. Merz

**WARDEN, Ohio State Penitentiary**

      **Respondent.**

_____

**ENTRY AND ORDER OVERRULING BAYS' OBJECTIONS (Doc. #127) TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #109) AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #109) IN ITS ENTIRETY**

_____

      This matter comes before the Court pursuant to Petitioner Richard Bays' ("Bays'") Objections (doc. #127) to Magistrate Judge Michael R. Merz's Report and Recommendations (doc. #109) regarding Bays' Petition for a Writ of Habeas Corpus. The Report and Recommendations was issued on February 21, 2012. On June 7, 2012, Bays filed objections (doc. #127) and on July 20, 2012, the Warden filed a Response to Bays' objections (doc. #131). On July 30, 2012, with leave of Court, Bays filed a reply to the Warden's Response. (Doc. # 132.) Bays' Objections are, therefore, ripe for decision.

      As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case and particularly of the matters raised in Bays' Objections, the Warden's Response and Bays' Reply. Upon said review, the Court finds that Bay's Objections to the Magistrate Judge's Report and Recommendations are not well taken and they are OVERRULED.

Bays' Petition for a Writ of Habeas Corpus is denied and dismissed with prejudice. The Court recognizes that Bays has filed an Amended Petition (doc. #122) and a Motion for Certificate of Appealability (doc. #128). These will presumably be the subject of one or more future Report and Recommendations.

**DONE** and **ORDERED** in Dayton, Ohio, this Sixth Day of August, 2012.

                                                                         **s/Thomas M. Rose**

                                                                         _____
                                                                         THOMAS M. ROSE
                                                              UNITED STATED DISTRICT JUDGE

Copies furnished to:

Counsel of Record