# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD BAYS,
:
    Petitioner,

Case No. 3:08-cv-076

:    District Judge Thomas M. Rose
  -vs-    Magistrate Judge Michael R. Merz

WARDEN, Ohio State Penitentiary,
:
    Respondent.

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (Doc. No. 139) to the Magistrate Judge's Report and Recommendations (Doc. No. 137) on Petitioner's Motion for Certificate of Appealability (Doc. No. 128). As permitted by Fed. R. Civ. P. 72, the Respondent has filed a Response to those Objections (Doc. No. 140).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and Response and making recommendations based on that analysis.

**DONE AND ORDERED** this Twentieth Day of November, 2012.

                          s/Thomas M. Rose
                          _____
                          THOMAS M. ROSE
                       UNITED STATES DISTRICT JUDGE