# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD BAYS,

        Petitioner,    :    Case No. 3:08-cv-076

  - vs -                        District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

WARDEN, Ohio State Penitentiary,

                                         :

        Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 213), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Respondent's Motion to Dismiss (ECF No. 205) is DENIED.

October 15, 2015.                              *s/Thomas M. Rose

                                                          Thomas M. Rose
                                                     United States District Judge