# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD BAYS,

        Petitioner,    :    Case No. 3:08-cv-076

  - vs -                              District Judge Thomas M. Rose
                                    Magistrate Judge Michael R. Merz

WARDEN, Ohio State Penitentiary,

                               :

        Respondent.

## RECOMMITTAL ORDER

This capital habeas corpus case is before the Court on Objections by both parties (Doc. No. 257, 258) to the Magistrate Judge's Report and Recommendations (Doc. No. 256). The Petitioner has also indicated an intention to object (see Doc. No. 187).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and any objections filed by Petitioner and making recommendations based on that analysis.

October 16, 2017                                                                      *s/Thomas M. Rose

                                                                                     Thomas M. Rose
                                                                     United States District Judge