# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Richard Bays )<br>*Plaintiff* )<br>v. )<br>Warden, Ohio State Penitentiary )<br>*Defendant* ) | Civil Action No. 3:08-CV-76 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Respondent and against Petitioner .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Report and Recommendations .

Date:  12/29/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk